Case 19-02214-GLT    Doc 8    Filed 02/20/20    Entered 02/20/20 15:33:20    Desc Main
Document    Page 1 of 2

FILED
2/20/20 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-23819-GLT |
| | : | Chapter: 7 |
| Cyrilla Landscaping & Supply Co., Inc. | : | |
| | : | |
| *Debtor.* | : | |
| | : | |
| Eric E. Bononi | : | Adv. No.: 19-02214-GLT |
| | : | |
| *Plaintiff(s),* | : | |
| v. | : | |
| | : | |
| Michael C. Cyrilla and Denine C. Cyrilla, | : | |
| | : | Date: 2/20/2020 |
| *Defendants.* | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**  Status Conference:
  # 1 Complaint for Turnover of Property [11 U.S.C. 542(a)] by Eric E. Bononi against Michael C. Cyrilla, Denine C. Cyrilla.
    # 4 - Answer filed by Michael Cyrilla
    # 6 - Certification of Counsel Regarding Consent Order

**APPEARANCES:**
  Plaintiff:        Eric E Bononi
  Michael Cyrilla:  No appearance

**NOTES:** (11:15)

Court: You indicated Denine Cyrilla is cooperating.

Bononi: There was a proposed consent order.

Court: I have reviewed it, but it does not include her, it would just provide her with notice.

Bononi: Denine Cyrilla claims she does not have an interest, but Mr. Cyrilla claims she does.

Court: The stipulation dictates the trustee will receive $2,000 for the vehicles, but they're scheduled as worth around $4,500.

Bononi: They were scheduled in his corporation bankruptcy.

Court: Have you seen the vehicles?

Bononi: I've seen one.

Court: How are you basing the valuation on a vehicle you haven't seen?

Bononi: I can go see them.

Court: You're just requesting turn over of the vehicles?

Bononi: Yes, so I can sell them.

Court: There are two vehicles being sold to an insider, with no notice, at a price much lower than they are allegedly worth. If I take Mr. Cyrilla's defenses at face value, Trustee Crawford would have authority over these vehicles, not Mr. Cyrilla.

Bononi: I spoke with Trustee Crawford and she did not have an interest in these vehicles.

Court: You think $2,000 is the most you would get through an auction when advertised?

Bononi: That's my fear. I would request to withdraw the stipulation.

Court: I will grant your request to withdraw the stipulation. If the vehicles are Mr. Cyrilla's property, they would be for Trustee Crawford to administer. I will give Attny Sheats an opportunity to object within 14 days.

*OUTCOME:*

1. Status Conference [Dkt. Nos. 1 and 6] is CONCLUDED. [Text Order to Issue]

2. On or before April 2, 2020, Attny Bononi shall file a Motion for Default Judgment as to Denine Cyrilla and a Motion for Judgment on the Pleadings as to Michael Cyrilla. [Chambers to Issue]

**DATED:** 2/20/2020